UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Dennis A. Thieret, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 4:11cv00340 CAS |
| **James G. Pollock, Jr. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On February 24, 2011, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case. Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Lewis M. Blanton, U.S. Magistrate Judge.

Dated this 24th day of February, 2011.

                                            JAMES G. WOODWARD
                                            Clerk of Court

                                            By: /s/ Karen Moore
                                            Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 1:11cv00034 LMB.**